AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>YUSHONDA LEE DURANT<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:15-CR-277-02 |

RECEIVED USMS HARRISBURG, PA 2015 NOV 19 AM 11:14

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YUSHONDA LEE DURANT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE

Date: 11/18/2015

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Paula Rowe, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*